# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 101st Judicial District Court, Dallas County, Texas | DC-17-01804 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Terrence J. Foreman, Plaintiff | Larry Rolle, Bar #17212600, Rolle, Breeland & Wingler |
   | | 203 Main St,Suite 200, Dallas, TX. 75201;214-742-8897 |
   | | Michael P. Sharp, Bar #00788857, Fee, Smith, Sharp & |
   | Mabe Trucking Co., Inc. | Vitullo, LLP 13155 Noel Rd Ste 1000, Dallas TX 75240 |
   | See attachment for remaining party | 972-934-9100 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    [✓] Yes        [ ] No

   If "*Yes*," by which party and on what date?

   Defendant Mabe Trucking Co., Inc.            March 15, 2017
   Party                                         Date

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Defendant Mabe Trucking Co., Inc. | March 15, 2017 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | John Doe Driver/Fictitious Party | Fictitious party |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Terrence J. Foreman | Negligence against John Doe Driver and Mabe Trucking Co., Inc. |
   | Mabe Trucking Co., Inc. | Denies all claims. |

Additional party:

John Doe Driver    No appearance, no attorney