NII.8326

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE J. FOREMAN | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:17-cv-756 |
| | § | |
| JOHN DOE DRIVER and | § | JURY DEMAND |
| MABE TRUCKING CO., INC., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Plaintiff **TERRENCE J. FOREMAN**, through his attorney, Larry Rolle, Rolle, Breeland, Ryan, Landau, Wingler & Hindman, and Defendant **MABE TRUCKING CO.**, through its attorney, Michael P. Sharp, Fee, Smith, Sharp & Vitullo, L.L.P., this stipulation of dismissal with the court.

### A. Introduction

1. Plaintiff is **TERRENCE J. FOREMAN**; and Defendant is **MABE TRUCKING CO.**

### B. Stipulations

2. Plaintiff and Defendant have agreed to the following stipulations:

   a. All matters in controversy had been adjusted amicably; and

   b. This suit should be dismissed with prejudice to refiling same by Plaintiff.

Respectfully submitted,

ROLLE, BREELAND, RYAN, LANDAU,
WINGLER & HINDMAN

_/s/ Larry Rolle_

LARRY ROLLE
State Bar No. 17212600
2030 Main Street, Suite 200
Dallas, TX 75201
(214) 742-8897
(214) 637-6872 (Fax)
larryr@rbrl.com

**ATTORNEYS FOR PLAINTIFF
TERRENCE J. FOREMAN**

FEE, SMITH, SHARP & VITULLO, L.L.P.

_/s/ Michael P. Sharp_

MICHAEL P. SHARP
State Bar No. 00788857
msharp@feesmith.com
**ADAM J. STRANGE**
State Bar No. 24090763
astrange@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANT MABE
TRUCKING CO., INC.**